

## NUMBER 13-14-00585-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                    Appellant,

v.

JARED GOMEZ,                                                              Appellee.

### On appeal from the 148th District Court
### of Nueces County, Texas.

## ORDER

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

Appellant, the State of Texas, by and through the District Attorney in and for Nueces County, Texas, has filed a motion for stay of proceedings in the above cause. On October 7, 2014, the trial court granted a motion to reconsider or reduce sentence. The State has filed a notice of appeal and has requested a stay in the trial court's proceedings pending disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. §

44.01(b),(e) (West, Westlaw through 2013 3d C.S.). The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby GRANTED, and the trial court's proceedings are hereby ordered STAYED pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Order delivered and filed this
the 8th day of October, 2014.